IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OMAHA CELLULAR TELEPHONE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN UTILITIES DISTRICT OF OMAHA,<br><br>        Defendant. | **4:21CV3143**<br><br>**ORDER** |

IT IS ORDERED:

1) The parties' unopposed motion, (Filing No. 18), is granted.

2) Defendant's deadline to file an answer or response to Plaintiff's complaint is extended to December 12, 2022.

Dated this 13th day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge